**No. 45269.**—Protests 540829–G, etc., of Banca Commerciale Italiana et al. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is similar to that the subject of Cohn v. United States (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.